UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VOLODYMYR YAKOVENKO,<br><br>                    Plaintiff,<br><br>       v.<br><br>KRISTI NOEM, *et al.,*<br><br>                    Defendants. | Case No. 2:25-cv-01403-JHC<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>September 4, 2025 |

    For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until February 20, 2026. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his asylum application. Defendants' response to the Complaint is currently due on October 6, 2025. The parties are currently working towards a resolution to this litigation.

    Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for October 23, 2025. USCIS agrees to diligently work towards completing the adjudications within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled, and the adjudications delayed. Once the application is adjudicated, Plaintiff will dismiss the case. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process their asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until February 20, 2026. The parties will submit a status update on or before February 20, 2026.

//

//

1 | DATED this 4th day of September, 2025.

2 | Respectfully submitted,

| TEAL LUTHY MILLER | CRESCENT LAW PLLC |
| Acting United States Attorney | |
| | |
| *s/ James C. Strong* | *s/ Myrna I. Luna* |
| JAMES C. STRONG, WSBA No. 59151 | MYRNA I. LUNA, WSBA No. 57440 |
| Assistant United States Attorney | Crescent Law, PLLC |
| United States Attorney's Office | 4957 Lakemont Blvd., Suite C-4328 |
| Western District of Washington | Bellevue, Washington 98006 |
| 700 Stewart Street, Suite 5220 | Phone: 425-832-2030 |
| Seattle, Washington 98101-1271 | Email: attorney@crescent-law.com |
| Phone: 206-553-7970 | |
| Fax:    206-553-4067 | |
| Email: james.strong@usdoj.gov | *s/ Natalia Rasulova* |
| | NATALIA RASULOVA, *pro hac vice forthcoming* |
| *Attorneys for Defendants* | Dreamigration PLLC |
| | 9805 NE 116th St., # 7448 |
| *I certify that this memorandum contains 363 words, in compliance with the Local Civil Rules.* | Kirkland, Washington 98034 |
| | Phone: 206-590-1122 |
| | Email: natalia@dreamigration.us |
| | |
| | *Attorneys for Plaintiff* |

**ORDER**

The case is held in abeyance until February 20, 2026. The parties shall submit a status update on or before February 20, 2026. It is so **ORDERED**.

DATED this 4th day of September, 2025.

                                           _____
                                           JOHN H. CHUN
                                           United States District Judge