UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VOLODYMYR YAKOVENKO,

                          Plaintiff,

        v.

KRISTI NOEM, *et al.,*

                          Defendants.

Case No. 2:25-cv-01403-JHC

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND ORDER

Noted for Consideration:
February 12, 2026

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate to extend the stay of these proceedings until April 21, 2026. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his asylum application, Form I-589. Pursuant to the Court's previous order (Dkt. 6), Defendants' response to the Complaint is currently due on February 20, 2026.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION & ORDER FOR ABEYANCE
[Case No. 2:25-cv-01403-JHC] - 1

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS conducted Plaintiff's asylum interview on December 18, 2025. However, in light of USCIS Policy Memorandum PM-602-0192, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries*, issued on December 2, 2025, a hold has been placed on all Forms I-589 pending a comprehensive review by the agency.[1] The Policy Memorandum states that within 90 days of issuance of the memorandum—that is, by March 2, 2026—USCIS will issue a prioritization list and further operational guidance on how to implement the hold and review.

To provide time for the process contemplated by the Policy Memorandum to complete, the parties ask to extend the stay of these proceedings for an additional 60 days, *i.e.*, until April 21, 2026. The parties will provide a status update at that time.

DATED this 12th day of February, 2026.

---

[1] *Available at* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf (last accessed Feb. 12, 2026).

STIPULATED MOTION & ORDER FOR ABEYANCE
[Case No. 2:25-cv-01403-JHC] - 2

Respectfully submitted,

CRESCENT LAW PLLC

s/ James C. Strong
JAMES C. STRONG, WSBA No. 59151
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: james.strong@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 321 words, in compliance with the Local Civil Rules.*

s/ Myrna I. Luna
MYRNA I. LUNA, WSBA No. 57440
Crescent Law, PLLC
4957 Lakemont Blvd., Suite C-4328
Bellevue, Washington 98006
Phone: 425-832-2030
Email: attorney@crescent-law.com

s/ Natalia Rasulova
NATALIA RASULOVA
Dreamigration PLLC
9805 NE 116th St., # 7448
Kirkland, Washington 98034
Phone: 206-590-1122
Email: natalia@dreamigration.us

*Attorneys for Plaintiff*

STIPULATED MOTION & ORDER FOR ABEYANCE
[Case No. 2:25-cv-01403-JHC] - 3

## ORDER

The case is held in abeyance until April 21, 2026. The parties shall submit a status update on or before April 21, 2026. It is so **ORDERED**.

DATED this 12th day of February, 2026.

_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION & ORDER FOR ABEYANCE
[Case No. 2:25-cv-01403-JHC] - 4