UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VOLODYMYR YAKOVENKO,

                Plaintiff,

      v.

MARKWAYNE MULLIN,[1] *et al.,*

                Defendants.

Case No. 2:25-cv-01403-JHC

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND ORDER

Noted for Consideration:
April 6, 2026

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate to extend the stay of these proceedings until May 21, 2026. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his asylum application, Form I-589. Pursuant to the Court's previous order (Dkt. 8), Defendants' response to the Complaint is currently due on April 21, 2026.

---

[1] Markwayne Mullin is automatically substituted for Kristi Noem pursuant to Fed. R. Civ. P. 25(d).

STIPULATED MOTION & ORDER FOR ABEYANCE
[Case No. 2:25-cv-01403-JHC] - 1

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS conducted Plaintiff's asylum interview on December 18, 2025. As the parties reported previously, USCIS placed a hold on all Forms I-589 pending a comprehensive review by the agency. *See* USCIS Policy Memorandum PM-602-0192, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries*, issued on December 2, 2025.[2] USCIS recently lifted that hold for aslyum applications from non-high-risk countries. Consequently, the parties ask to extend the stay of these proceedings for an additional 30 days, *i.e.*, until May 21, 2026. The parties will provide a status update at that time.

DATED this 6th day of April 2026.

---

[2] *Available at* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf (last accessed Feb. 12, 2026).

STIPULATED MOTION & ORDER FOR ABEYANCE
[Case No. 2:25-cv-01403-JHC] - 2

Respectfully submitted,

CRESCENT LAW PLLC

s/ James C. Strong
JAMES C. STRONG, WSBA No. 59151
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: james.strong@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 284 words, in compliance with the Local Civil Rules.*

s/ Myrna I. Luna
MYRNA I. LUNA, WSBA No. 57440
Crescent Law, PLLC
4957 Lakemont Blvd., Suite C-4328
Bellevue, Washington 98006
Phone: 425-832-2030
Email: attorney@crescent-law.com

s/ Natalia Rasulova
NATALIA RASULOVA
Dreamigration PLLC
9805 NE 116th St., # 7448
Kirkland, Washington 98034
Phone: 206-590-1122
Email: natalia@dreamigration.us

*Attorneys for Plaintiff*

STIPULATED MOTION & ORDER FOR ABEYANCE
[Case No. 2:25-cv-01403-JHC] - 3

## ORDER

The case is held in abeyance until May 21, 2026.  The parties shall submit a status update on or before May 21, 2026.  It is so ORDERED.

DATED this 6th day of April, 2026.

_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION & ORDER FOR ABEYANCE
[Case No. 2:25-cv-01403-JHC] - 4