UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VOLODYMYR YAKOVENKO, | Case No. 2:25-cv-01403-JHC |
| Plaintiff, | STIPULATED MOTION TO DISMISS AND ORDER |
| v. | |
| MARKWAYNE MULLIN, *et al.,* | Noted for Consideration: May 11, 2026 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS AND ORDER
[Case No. 2:25-cv-01403-JHC] - 1

DATED this 11th day of May 2026.

Respectfully submitted,

                                                    CRESCENT LAW PLLC


_s/ James C. Strong_                                _s/ Myrna I. Luna_
JAMES C. STRONG, WSBA No. 59151                     MYRNA I. LUNA, WSBA No. 57440
Assistant United States Attorney                    Crescent Law, PLLC
United States Attorney's Office                     4957 Lakemont Blvd., Suite C-4328
Western District of Washington                      Bellevue, Washington 98006
700 Stewart Street, Suite 5220                      Phone: 425-832-2030
Seattle, Washington 98101-1271                      Email: attorney@crescent-law.com
Phone: 206-553-7970
Fax:    206-553-4067
Email: james.strong@usdoj.gov                       _s/ Natalia Rasulova_
                                                    NATALIA RASULOVA
_Attorneys for Defendants_                          Dreamigration PLLC
                                                    9805 NE 116th St., # 7448
_I certify that this memorandum contains 76_        Kirkland, Washington 98034
_words, in compliance with the Local Civil Rules._  Phone: 206-590-1122
                                                    Email: natalia@dreamigration.us

                                                    _Attorneys for Plaintiff_

STIPULATED MOTION TO DISMISS AND ORDER
[Case No. 2:25-cv-01403-JHC] - 2

## ORDER

The case is dismissed without prejudice with each party to bear their own fees and costs.

It is so **ORDERED**.


DATED this 11th day of May, 2026.




_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION TO DISMISS AND ORDER
[Case No. 2:25-cv-01403-JHC] - 3